IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AHMED AL-JAYASHI, ) | |
| ) | Civ. No. 4:07CV3028 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| ) | |
| MICHAEL CHERTOFF, et al., ) | |
| ) | |
| Defendants. ) | |

UPON the Defendants' Motion for an Extension of Time in which to meet and confer pursuant to Fed. R. Civ. P. 26(f) (filing number 22);

AND for good cause shown,

IT IS HEREBY ORDERED that the Defendants' motion is granted **in part**. The parties shall have **fifteen (15)** days to meet and confer after the Defendants have filed a responsive pleading in this case.

DATED this 1st day of May, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge