IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| AHMED AL-JAYASHI, | ) | |
| | ) | Civ. No.  4:07CV3028 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| MICHAEL CHERTOFF, et al., | ) | |
| | ) | |
| Defendants. | ) | |

UPON the Defendants' Motion for an Extension of Time in which to meet and confer pursuant to Fed. R. Civ. P. 26(f) (filing number 29);

AND for good cause shown,

IT IS HEREBY ORDERED that the Defendants' motion is granted.  The parties shall have fifteen (15) days after an order is filed by the court on Defendants' Motion to Dismiss.

DATED this 30th day of May 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge