```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEBRASKA

AHMED AL-JAYASHI,              )
                               )
          Plaintiff,           )        4:07CV3028
                               )
     v.                        )
                               )
U.S. DEPARTMENT OF HOMELAND    )        ORDER
SECURITY, Michael Chertoff,    )
Secretary of, UNITED STATES    )
CITIZENSHIP AND IMMIGRATION    )
SERVICES, Emilio Gonzalez,     )
Director of, CAROLINE PRATT,   )
Acting Field Office Director   )
of the USCIS for Omaha,        )
MICHELLE PERRY, Acting         )
District Director for          )
District 15, and UNITED        )
STATES ATTORNEY GENERAL,       )
Alberto Gonzales,              )
                               )
          Defendants.          )
                               )
```

The court has been advised that the parties in the above-captioned matter have resolved their claims.

Accordingly,

IT IS ORDERED:

(1) Within thirty days of the date of this order the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court (and provide a copy to the undersigned magistrate judge) together with a draft order which will fully dispose of the case;

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(3) This case has been removed from the trial docket upon representation by the parties that the case has settled.

DATED this 25th day of September, 2007.

                BY THE COURT:

                s/ *David L. Piester*
                David L. Piester
                United States Magistrate Judge