```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| AHMED AL-JAYASHI, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3028 |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND SECURITY, Michael Chertoff, Secretary of, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, Emilio Gonzalez, Director of, CAROLINE PRATT, Acting Field Office Director of the USCIS for Omaha, MICHELLE PERRY, Acting District Director for District 15, and UNITED STATES ATTORNEY GENERAL, Alberto Gonzales, | ) ) ) ) ) ) ) ) ) ) ) | ORDER OF DISMISSAL |
| Defendants. | ) ) | |

IT IS ORDERED,

The joint motion and stipulation of the parties, filing 35, is granted and this matter is dismissed with prejudice, each party to bear their own costs, and complete record waived.

DATED October 9, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge